UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RON KIZER, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUMMIT PARTNERS, L.P., )<br>)<br>Defendant. ) | 1:11-CV-38<br><br>Chief Judge Curtis L. Collier |

### JUDGMENT ORDER

On June 27, 2012, this Court held a Final Fairness Hearing to resolve two pending matters: (1) whether the Court would grant final approval of the parties' settlement agreement and (2) if so, what attorney's fees to award to Plaintiff's counsel.[1] For the reasons provided in the accompanying memorandum, the Court **GRANTS** final approval of the parties' settlement agreement (Court File No. 23). The Court also **APPROVES** Plaintiff's counsel's request for attorney's fees and a service fee to the class representative. All settlement class members who did not exercise the right to opt-out of the settlement class are bound by this Order and the terms of the settlement agreement. Because no further matters remain for adjudication before this Court, the Clerk's Office is directed to close the case.

**SO ORDERED.**

---

[1] The parties originally submitted a joint motion for settlement (Court File No. 23). In a memorandum and order issued on May 7, 2012, this Court granted in part the parties' joint motion for settlement (Court File Nos. 28, 29). In particular, this Court certified the proposed settlement class, preliminarily approved the settlement agreement, approved the form and manner of notice to the settlement class, and scheduled a Final Fairness Hearing. The Court reserved ruling on the parties' request for final approval of the settlement agreement, which is now one of the pending issues before this Court.

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT

2

Case 1:11-cv-00038-CLC-WBC    Document 34    Filed 07/10/12    Page 2 of 2    PageID #: 334